**Nancy JONES, Appellee,**

v.

**The BOARD OF GOVERNORS OF the UNIVERSITY OF NORTH CAROLINA and its constituent institution; The University of North Carolina at Charlotte; E.K. Fretwell, Jr., Chancellor of UNCC; James H. Werntz, UNCC Vice-Chancellor for Academic Affairs, and Louise Schlachter, Dean of UNCC School of Nursing, Appellants. (Two Cases)**

Nos. 84–1712(L), 85–2001.

United States Court of Appeals, Fourth Circuit.

Argued April 10, 1986.

Decided May 19, 1986.

See also, 4th Cir., 704 F.2d 713.

---

Thomas J. Ziko, Asst. Atty. Gen. (Lacy H. Thornburg, Atty. Gen., Raleigh, N.C., on brief), for appellants.

Jonathan Wallas (John T. Nockleby, Ferguson, Stein, Watt, Wallas & Adkins, P.A., Charlotte, N.C., on brief), for appellee.

Before WIDENER, PHILLIPS and ERVIN, Circuit Judges.

PER CURIAM:

Appellants challenge the district court's award of attorney's fees, pursuant to 42 U.S.C. § 1988 (1982), at a rate of $100 per hour to John T. Nockleby, Esquire. The amount of attorney's fees awarded under § 1988 is within the discretion of the district court. *See Webb v. Board of Education of Dyer County*, —— U.S. ——, 105 S.Ct. 1923, 1928, 85 L.Ed.2d 233 (1985) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 432, 103 S.Ct. 1933, 1938, 76 L.Ed.2d 40 (1983)). Upon consideration of the record, briefs, and oral argument, we conclude that the district court did not abuse its discretion and, accordingly, we affirm.

AFFIRMED.